# UNITED STATES BANKRUPTCY COURT
**Eastern District of New York**
**www.nyeb.uscourts.gov**

**Case Name:Acclaim Entertainment, Inc**
**Adversary Case:Mendelsohn vs American Express Travel Related Services Co**

**Case No.:804-85595-619**
**Adversary No.805-8862-619**

# MAILING CERTIFICATE

I Joan Bennett , **Deputy Clerk** in the Office of the United States Bankruptcy Court, hereby certify that

there was deposited on April 18, 2007  in a duly maintained Post Office

Box at the United States Bankruptcy Court, United States Federal Courthouse, 290 Federal Plaza,

Central Islip,  New York  11722 2 copies of Order , duly addressed to:

David A Blansky                          American Express Travel Related Services Co
LaMonica Herbst & Maniscalco LLP    c/o Becket and Lee
3305 Jerusalem Avenue               PO Box 3001
Wantagh, NY 11793                    Malvern, PA 19355


**JOSEPH P. HURLEY**
Clerk of Court

Dated:April 18, 2007
Central Islip, New York

By:    /s/ J. Bennett
Deputy Clerk

.